UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

CASE NO.: 12-05361-8-JRL
CHAPTER 13

IN RE:
ERICA TYLER ROWE
117 HAMBY CT
GARNER, NC 27529

DEBTOR

## TRUSTEE'S OBJECTION TO CONFIRMATION AND MOTION TO DISMISS

The undersigned Chapter 13 Trustee hereby objects to confirmation of the proposed plan and moves the Court to dismiss the above-referenced case for the reason(s) set forth below:

1. The Debtor is delinquent in the amount of $4,132.00 or 4.00 payments.

2. The Debtor has made no payments to the Trustee since the filing of the Petition.

Based upon the foregoing, **and such other cause as may become apparent or arise between the date of this motion and the date of any hearing hereon, of which the Trustee will advise counsel prior to the hearing, there is cause to dismiss this case under §1307(c).**

**The Debtor is hereby notified** that unless a written response and request for hearing (if a hearing is desired) is filed with the Court within **twenty-one (21) days** of this Motion, the Court may summarily dismiss this case without further notice.

DATED: November 13, 2012

/s/ John F. Logan
JOHN F. LOGAN
NC BAR NO. 12473
CHAPTER 13 TRUSTEE
P.O. BOX 61039
RALEIGH, NC 27661-1039
TELEPHONE: (919) 876-1355

<u>**CERTIFICATION OF SERVICE**</u>

    This is to certify that a copy of the foregoing Trustee'e Objection To Confirmation And Motion To Dismiss was served on the Debtor and the Attorney for the Debtor at their last known address with sufficient postage thereon, or, if such interested party is an electronic filing user, by serving such interested party by electronic transmission, pursuant to Local Rule 5005-4(9)(b).

DATED:  November 13, 2012

                                                              */s/Vanessa  Doubty*
                                                              Case Adminstrator

**COPIES FURNISHED TO:**

<u>DEBTOR</u>
ERICA TYLER ROWE
117 HAMBY CT
GARNER,  NC  27529

<u>ATTORNEY FOR DEBTOR</u>
MICHAEL W. HOPPER
LAW OFFICE OF MICHAEL W. HOPPER, PLLC
3737 GLENWOOD AVE., STE. 270
RALEIGH,  NC  27612