**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NORTH CAROLINA**
**RALEIGH DIVISION**

| | |
|---|---|
| IN RE:<br><br>ERICA TYLER ROWE<br><br>DEBTOR.<br><br>Address:  117 Hamby Ct<br>            Garner, NC 27529<br><br>SSN:  xxx-xx-9360 | CHAPTER 13<br>12-05361-8-JRL |

## WITHDRAWAL OF RESPONSE TO TRUSTEE'S MOTION TO DISMISS

    NOW COMES Michael W. Hopper, Debtor's Attorney in the above-captioned case, and withdraws his Response to Trustee's Motion to Dismiss filed with the court on December 4, 2012.  Debtor does not believe that she will be able to cure her plan arrearage at this time.

    Respectfully submitted this the 4th day of February, 2013.

                        By: /s/ Michael W. Hopper
                        State Bar No. 38252
                        Michael W. Hopper
                        Attorney for Debtor
                        Hopper and Julyan Law Firm, LLP
                        3737 Glenwood Avenue, Suite 270
                        Raleigh, North Carolina 27612
                        mhopper@wakelegal.com

## Certificate of Service

I, Michael W. Hopper, Attorney at Law, certify:

That I am, and at all times hereinafter mentioned was, more than eighteen (18) years of age;

That on the date stated, I served copies of the Notice to Withdraw, by United States Mail, postage prepaid, enclosed in an envelope which was properly addressed, or, if such interested party is a filing user, by serving such interested party by electronic transmission pursuant to Local Rule 5005-4(9)(b), to the persons and entities listed below:

| | |
|---|---|
| Erica Rowe | Chapter 13 Trustee |
| 117 Hamby Ct | *Served Electronically* |
| Garner, NC 27529 | |

I certify under penalty of perjury that the foregoing is true and correct.
Dated:  February 4, 2013

Hopper and Julyan Law Firm, LLP

By: /s/ Michael W. Hopper