VAN–063 Order Dismissing Case – Rev. 03–11–2003

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
### Raleigh Division

IN RE:
Erica Tyler Rowe
117 Hamby Ct
Garner, NC 27529

CASE NO.: 12–05361–8–JRL

DATE FILED: July 25, 2012

CHAPTER: 13

ORDER OF DISMISSAL

The court finds that Erica Tyler Rowe has/have failed to comply with the provisions of the confirmed chapter 13 plan or to obtain confirmation of a plan. Cause exists to dismiss this case as to this debtor(s). Should Erica Tyler Rowe file another petition within one year, the automatic stay may be limited to 30 days or may not go into effect absent a motion and order imposing or extending the automatic stay. Now therefore,

IT IS ORDERED that this case is dismissed as to Erica Tyler Rowe and all funds held by the trustee shall be disbursed to the appropriate parties as required by the Bankruptcy Code, Federal Rules of Bankruptcy Procedure and the local rules of this court.

DATED: February 5, 2013

J. Rich Leonard
United States Bankruptcy Judge